**STATE of Missouri, Respondent,**

v.

**Jimmie Lee BROWN, Appellant.**

**No. WD 74979.**

Missouri Court of Appeals, Western District.

May 21, 2013.

Amy Bartholow, Columbia, MO, for Appellant.

Jennifer Wideman, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and MARK D. PFEIFFER, JJ.

### ORDER

**PER CURIAM.**

Jimmie Lee Brown appeals from a judgment entered upon a jury verdict convicting him of driving while intoxicated. We affirm. Rule 30.25(b).